UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:13-cr-00056 |
| v. | ) | Judge Campbell/Brown |
| | ) | |
| Christopher Andrew Wilcox | ) | |

**O R D E R**

The defendant is presently on bond on his federal charges. He appeared for arraignment on May 14, 2013 pursuant to a writ of habeas corpus ad prosequendum (Docket entry 23). Defendant, through his counsel waived his right to the reading of the indictment and entered a plea of not guilty. Defense counsel raised an issue as to whether there was a current state warrant for the defendant. This is a matter that must be resolved in state court. The U.S. Marshal is directed to return the defendant to the state. A new order for a writ of habeas corpus ad prosequendum will be needed for the defendant's next court appearance in federal court if he remains in state custody.

It is so **ORDERED**.

JOE B. BROWN
United States Magistrate Judge